**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00776-CV

### IN THE INTEREST OF W.R.B. AND B.K.B. CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 96-12454-Z**

## ORDER

We **GRANT** appellant's March 18, 2013 motion for an extension of time to file a reply

brief.  Appellant shall file her reply brief on or before March 25, 2013.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE